IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MARIE CRAVENS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-545 |
| § | |
| CITY OF LA MARQUE, TEXAS, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Defendant City of La Marque's Motion to Dismiss for Failure to State a Claim, all claims brought by Plaintiffs against Defendant are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. Each Party is **ORDERED** to bear their own expenses, attorneys' fees, and costs incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 28th day of February, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge

1